IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CATHERINE WASHINGTON,

    Plaintiff,

vs.                                                           CASE NO.: 4:10-CV-108-SPM/WCS

QUINCY CORPORATION,

    Defendant.

_____/

## **ORDER**

THIS CAUSE comes before the Court on the Plaintiff's Motion to Amend the Complaint (doc. 12) and Defendant's Response in Opposition (doc. 13). Plaintiff has also filed a Motion for Leave to File Reply to the Defendant's Response (doc. 14). As the Court finds that good cause exists to permit the amendment, it is hereby **ORDERED AND ADJUDGED** as follows:

    1.    The Plaintiff's Motions (docs. 12, 14) are granted.

    2.    The Amended Complaint (doc. 12-1) is accepted as timely filed.

    3.    Discovery is reopened until December 30, 2010. The Parties are permitted to depose additional witnesses during this time, and may re-depose those witnesses previously deposed.

    4.    The deadline for dispositive motions is January 21, 2011.

    5.    In order that the Court not consider duplicative motions for summary

judgment, the Defendant's Motion for Summary Judgment (doc. 15), filed October 18, 2010, will be held in abeyance until after the close of discovery. The Defendant will be permitted to supplement or amend it at any time up to and including January 21, 2011. Plaintiff shall have until February 4, 2011, to respond.

6. The Court shall enter a revised scheduling order setting forth a new date and time for the pre-trial conference and trial.

**DONE AND ORDERED** this <u>nineteenth</u> day of October, 2010.

<u>  *s/ Stephan P. Mickle*  </u>
Stephan P. Mickle
Chief United States District Judge